IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

|  |  |
|---|---|
| **GLENDA LEWIS,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 05-0432-CG-B |
| ) | |
| **JOHN HOUSTON, COMMISIONER,** ) | |
| **STATE OF ALABAMA DEPARTMENT** ) | |
| **OF MENTAL HEALTH AND MENTAL** ) | |
| **RETARDATION,** ) | |
| ) | |
| **Defendants.** ) | |

## JUDGMENT

Pursuant to the memorandum opinion and order entered this date granting summary judgment in favor of the defendants on all claims, it is **ORDERED, ADJUDGED, and DECREED** that this case is hereby **DISMISSED WITH PREJUDICE**.

**DONE** and **ORDERED** this 21st day of July, 2006.

                                                          /s/ Callie V. S. Granade
                                                        CHIEF UNITED STATES DISTRICT JUDGE